# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG R. JALBERT, in his capacity as Plan Trustee for the LocatePLUS Plan Trust, <br><br> Plaintiff, <br><br> v. <br><br> LEXISNEXIS RISK MANAGEMENT, INC. a/k/a LEXISNEXIS RISK DATA MANAGEMENT INC., <br><br> Defendant. | ) ) ) ) ) ) ) C. A. NO. 1:12-CV-11256-MBB ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is stipulated that this action be dismissed with prejudice and without costs, all parties waiving all rights of appeal.

Respectfully submitted,

| **BROWN RUDNICK LLP** | **DONNELLY, CONROY & GELHAAR, LLP** |
|---|---|
| By: /s/ Edward J. Naughton <br> William R. Baldiga (BBO #542125) <br> Edward J. Naughton (BBO #600059) <br> Angelo Thalassinos (BBO #672973) <br> One Financial Center <br> Boston, MA 02111 <br> Telephone: (617) 856-8200 <br> Facsimile: (617) 856-8201 <br><br> *Counsel to Craig R. Jalbert, as Plan Trustee for the LocatePLUS Plan Trust* | By: /s/ Brendan T. St. Amant <br> James B. Conroy (BBO #93615) <br> Brendan T. St. Amant (BBO #672719) <br> One Beacon Street, 33rd Floor <br> Boston, MA 02108 <br> Telephone: (617) 720-2880 <br> Facsimile: (617) 720-3554 <br><br> *Counsel to LexisNexis Risk Management, Inc. a/k/a LexisNexis Risk Data Management, Inc.* |

Dated: June 14, 2013

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

Dated: June 14, 2013

                                              Edward J. Naughton