UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRAIG R. JALBERT, in his capacity as Plan
Trustee for the Locate PLUS Plan Trust,
          Plaintiff,

v.

LEXIS NEXIS RISK MANAGEMENT, INC.
a/k/a LEXIS NEXIS RISK DATA
 MANAGEMENT INC.,
          Defendant.

CIVIL ACTION NO.
12-CV-11256-MBB

## FINAL JUDGMENT

June 18, 2013

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs, all parties waiving all rights of appeal.

          /s/ Marianne B. Bowler
          MARIANNE B. BOWLER
          United States Magistrate Judge