UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRAIG R. JALBERT, in his capacity as Plan
Trustee for the Locate PLUS Plan Trust,
                Plaintiff,

v.                                              CIVIL ACTION NO.
                                              12-CV-11256-MBB
LEXIS NEXIS RISK MANAGEMENT, INC.
a/k/a LEXIS NEXIS RISK DATA
 MANAGEMENT INC.,
                Defendant.

# FINAL JUDGMENT

### June 18, 2013

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs, all parties waiving all rights of appeal.

                                                  /s/ Marianne B. Bowler
                                                  MARIANNE B. BOWLER
                                                  United States Magistrate Judge